THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIRENA STYLES, | CASE NO. C20-0541-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MACY'S WEST STORES INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On April 8, 2020, Defendant removed the case. (Dkt. No. 1.) On April 9, 2020, the Court notified Plaintiff's counsel, Morgan Mentzer and Anya Morgan of Lavender Rights Project, that they are not admitted to practice in the U.S. District Court for the Western District of Washington. (*See* Dkt. No. 3 at 1.) The notice directed Plaintiff's counsel to file a petition for admission and to file a notice of appearance pursuant to Western District of Washington Local Civil Rule 83.2 once admitted. (*See id.*) To date, Plaintiff's counsel has not filed a notice of appearance in this case. Plaintiff's counsel is hereby ORDERED to show cause as to why they have failed to file a notice of appearance on behalf of Plaintiff in this case. Plaintiff's counsel's response shall be filed on or before 14 days from the date this order is issued.

MINUTE ORDER
C20-0541-JCC
PAGE - 1

1 | DATED this 18th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0541-JCC
PAGE - 2