THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIRENA STYLES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S WEST STORES, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C20-0541-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on the parties' stipulated motion for a stay. (Dkt. No. 19.) Pursuant to the stipulation, **IT IS SO ORDERED** that this proceeding is stayed pending arbitration. All scheduling dates and deadlines are hereby stricken. The parties are hereby ORDERED to advise the Court at the conclusion of the arbitration if the case may be dismissed or if further proceedings are requested.

　　DATED this 16th day of October 2020.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER, C20-0541-JCC
PAGE - 1