THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SIRENA STYLES,<br><br>      Plaintiff,<br><br>  v.<br><br>MACY'S WEST STORES, INC.,<br><br>      Defendant. | CASE NO. C20-0541-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously stayed this case pending arbitration. (Dkt. No. 20.) Four months have since elapsed, without further notice from the parties. Accordingly, the Court hereby ORDERS the parties to file a joint status report no later than fourteen (14) days from the date of this order informing the Court of the outcome of the arbitration and whether this matter will proceed.

DATED this 19th day of February 2021.

              William M. McCool
              Clerk of Court

              s/Paula McNabb
              Deputy Clerk