THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SIRENA STYLES,<br><br>           Plaintiff,<br><br>    v.<br><br>MACY'S WEST STORES, INC.,<br><br>           Defendant. | CASE NO. C20-0541-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Defendant's stipulated substitution of attorney (Dkt. No. 22). The substitution of attorney is hereby approved and so ORDERED.

DATED this 24th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C20-0541-JCC
PAGE - 1