THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIRENA STYLES,<br><br>            Plaintiff,<br><br>    v.<br><br>MACY'S WEST STORES, INC.,<br><br>            Defendant. | CASE NO. C20-0541-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on the parties' joint status report (Dkt. No. 24). The parties report that arbitration in this matter is currently scheduled to commence September 28, 2021. Accordingly, the Court ORDERS the parties to submit a joint status report on the outcome of the arbitration no later than October 31, 2021.

    DATED this 3rd day of March 2021.

                                                       William M. McCool
                                                       Clerk of Court

                                                       s/Paula McNabb
                                                       Deputy Clerk