THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIRENA STYLES,<br><br>        Plaintiff,<br><br>    v.<br><br>MACY'S WEST STORES, INC.,<br><br>        Defendant. | CASE NO. C20-0541-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 26). The parties report that arbitration in this matter is currently scheduled to commence March 8, 2022. Accordingly, the Court ORDERS the parties to submit a joint status report on the outcome of the arbitration no later than April 8, 2022.

DATED this 1st day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk