THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIRENA STYLES,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S WEST STORES, INC.,<br><br>    Defendant. | CASE NO. C20-0541-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's stipulation for withdrawal and substitution of counsel (Dkt. No. 28). The motion is GRANTED. Effective immediately, Aubrie D. Hicks of Dobson Hicks PLLC will be deemed to have withdrawn and Morgan Mentzer of Lavender Rights Project shall be substituted as counsel of record for Plaintiff.

DATED this 27th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0541-JCC
PAGE - 1